Patrick M. Ryan (SBN 203215)
Krista M. Enns (SBN 206430)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5802
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
pryan@winston.com
kenns@winston.com

Attorneys for Defendant CISCO SYSTEMS, INC.

RECEIVED

MAY - 5 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| HARRY SCHIPPER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC., JOHN T. CHAMBERS, FRANK CALDERONI, ROBERT LLOYD and PHIL SMITH,<br><br>Defendants. | Case No. 4:11-cv-01568-SBA<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* FOR ETHAN R. YORK |

Ethan R. York, an active member in good standing of the bar of the highest court in the State of Illinois, whose business address and telephone number is: WINSTON & STRAWN LLP, 35 West Wacker Drive, Chicago, Illinois 60601-9703, Telephone: (312) 558-5600, has applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing defendant Cisco Systems, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

Dated: 5/6/11

SAUNDRA BROWN ARMSTRONG
United States District Court Judge