**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| HARRY SCHIPPER, Individually and on Behalf of All Others Similarly Situated, ) ) ) ) Plaintiff, ) ) v. ) ) CISCO SYSTEMS, INC., JOHN T. ) CHAMBERS, FRANK CALDERONI, ) ROBERT LLOYD, and PHIL SMITH, ) ) ) Defendants. ) ) | **Case No. 4:11-cv-01568-SBA**<br><br>**[~~PROPOSED~~] ORDER**<br><br>Dkt. 13 |

Pursuant to the Stipulation submitted by Plaintiff and Defendant, good cause having been shown, the Court enters the following order:

1. Defendants' obligation to answer or otherwise respond to the complaint filed in this matter is stayed pending the Court's selection of lead plaintiff and lead counsel and the filing of an amended consolidated complaint.

2. The parties' initial disclosure obligations pursuant to Rule 26(a) of the Federal Rules of Civil Procedure are stayed pending the Court's resolution of Defendant's anticipated motion to dismiss the amended consolidated complaint.

3. The currently scheduled deadlines for the submission of a case management report and initial case management conference, June 30, 2011 and July 7, 2011, are stayed pending the Court's resolution of Defendant's anticipated motion to dismiss.

4. The parties shall agree on a schedule for the filing of an amended consolidated complaint and briefing Defendant's motion to dismiss following the Court's selection and appointment of a

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

lead plaintiff and lead counsel for the putative class.  If the parties cannot agree on a schedule, the Court shall do so following a motion by either party.

5.  This order shall apply to any and all putative securities class actions assigned to this Court as a related-case pursuant to Local Rules 3-12 and 7-11.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 31, 2011

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge

Winston & Strawn LLP
101 California Street
San Francisco, CA  94111-5802

-2-
STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT
CASE NO. 4:11-CV-01568-SBA

SF:307975.1