UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HARRY SCHIPPER, Individually and on Behalf of all Others Similarly Situated,<br><br>            Plaintiff,<br><br>     vs.<br><br>CISCO SYSTEMS, INC., JOHN T. CHAMBERS, FRANK CALDERONI, ROBERT LLOYD and PHIL SMITH,<br><br>            Defendants. | Case No: C 11-01568 SBA<br><br>**ORDER REVISING BRIEFING SCHEDULE** |

Various motions have been noticed for hearing on September 27, 2011.  Dkt. 30, 37, 45.  To expedite matters, the Court revises the briefing schedule specified in Civil Local Rule 7-3 as follows:

    1.    Any opposition to the above-referenced motions shall be filed by no than three (3) weeks from the date this order is filed.  Opposition briefs are limited to fifteen (15) pages.  **The failure to timely file an opposition may be construed as a consent to the granting of the motion**.

    2.    Any reply shall be filed by no later than one (1) week after the opposition is filed.  Reply briefs are limited to ten (10) pages.

    3.    The Court, in its discretion, may decide the motions without oral argument, pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), in which case no appearance for the motion or Case Management Conference will be necessary.  The parties are advised to check the Court's website to determine whether a court appearance is required.

    IT IS SO ORDERED.

Dated: June 3, 2011

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge