# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In re CISCO SYSTEMS INC. SECURITIES LITIGATION | Lead Case No. 4:11-cv-01568-SBA |
| This Document Relates To:<br>ALL ACTIONS. | **ORDER MODIFYING BRIEFING SCHEDULE AND HEARING DATE** |

Pursuant to the stipulation submitted by Plaintiffs and Defendants, good cause having been shown, the Court enters the following order:

1. Defendants shall file a motion to dismiss in response to Plaintiffs' Consolidated Amended Complaint no later than February 14, 2012.

2. Plaintiffs shall file their opposition to Defendants' motion to dismiss no later than March 27, 2012.

3. Defendants shall file their reply in support of their motion to dismiss no later than April 17, 2012.

4. The hearing regarding Defendants' motion to dismiss, which is currently set for April 3, 2012, shall be continued to May 22, 2012 at 1:00 p.m..

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 1/31/11

*[signature]*
SAUNDRA BROWN ARMSTRONG
United States District Judge

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802