UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE CISCO SYSTEMS INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Lead Case No. 4:11-cv-01568-SBA<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' ADMINISTRATIVE MOTION UNDER LOCAL RULE 7-11 TO EXCEED PAGE LIMITS** |

IT IS HEREBY ORDERED THAT Defendants' administrative motion for leave to file a sixty-page motion to dismiss and opposition and a thirty-page reply is DENIED. The parties are granted leave to file a twenty-five page motion and opposition, and a fifteen page reply. All briefs shall use at least a 12-point font and shall avoid the excessive use of footnotes as a means of evading these page limits. Non-conforming briefs will be stricken and may result in the imposition of sanctions. This Order terminates Docket 63.

IT IS SO ORDERED.

Dated: January 25, 2012

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge