Dan K. Webb (*pro hac vice*)
Robert L. Michels (*pro hac vice*)
Erik Connolly (*pro hac vice*)
Ethan R. York (*pro hac vice*)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL  60601-9703
Telephone:     (312) 558-5600
Facsimile:      (312) 558-5700
dwebb@winston.com
rmichels@winston.com
econnolly@winston.com
eyork@winston.com

Krista M. Enns (SBN 206430)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5802
Telephone:     (415) 591-1000
Facsimile:      (415) 591-1400
kenns@winston.com

Attorneys for Defendants Cisco Systems, Inc.,
John T. Chambers, and Frank Calderoni

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| IN RE CISCO SYSTEMS INC. SECURITIES LITIGATION<br><br>_____<br><br>This Document Relates To:<br><br>    ALL ACTIONS. | Lead Case No. 4:11-cv-01568-SBA<br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION UNDER LOCAL RULES 7-11 AND 79-5 TO FILE DOCUMENT UNDER SEAL** |
|---|---|

Having considered the Unopposed Administrative Motion Under Local Rules 7-11 and 79-5 to File Document Under Seal, and pursuant to the stipulation submitted by Plaintiffs and Defendants, good cause having been shown, the Court enters the following order:

1.   Defendants shall be permitted to file Exhibit X to their Request for Judicial Notice, which is a copy of John T. Chambers' 10b5-1 plan, executed June 16, 2008, under seal.

2.   Plaintiffs' attorneys shall be allowed to access the document.

1 PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3 Dated: 2/17/12

*[signature]*

SAUNDRA BROWN ARMSTRONG
United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION UNDER LOCAL RULES 7-11 AND 79-5 TO FILE DOCUMENT UNDER SEAL
LEAD CASE NO. 4:11-CV-01568-SBA

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802