ROBBINS GELLER RUDMAN
  & DOWD LLP
CHRISTOPHER P. SEEFER (201197)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
chriss@rgrdlaw.com
       – and –
SAMUEL H. RUDMAN
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com

Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re CISCO SYSTEMS INC. SECURITIES LITIGATION | Lead Case No. C 11-1568-SBA |
| | <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>    ALL ACTIONS. | ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION PURSUANT TO LOCAL RULES 7-11 AND 79-5 TO FILE A PORTION OF TWO DOCUMENTS UNDER SEAL |

697075_1

1   Having considered Plaintiffs' Administrative Motion Pursuant to Local Rules 7-11 and 79-5
2 to File a Portion of Two Documents Under Seal, and pursuant to the Stipulation submitted by
3 plaintiffs and defendants and all other supporting documentation, good cause having been shown, the
4 Court enters the following order:

5   1.   Plaintiffs shall be permitted to file page 19:23-20:1 of Plaintiffs' Opposition to
6 Defendants' Motion to Dismiss First Amended Complaint and pages 5:20-26 and 6:14-17 of
7 Plaintiffs' Response to Defendants' Request for Judicial Notice under seal.

8   2.   Defendants' attorneys shall be allowed access to the document.

9   IT IS SO ORDERED.

11 DATED: _3/29/12_____     _____
                                        THE HONORABLE
12                                      SAUNDRA BROWN ARMSTRONG
                                        UNITED STATES DISTRICT JUDGE
13 Submitted by:

14 DATED:  March 27, 2012

15 ROBBINS GELLER RUDMAN
     & DOWD LLP
16 CHRISTOPHER P. SEEFER

18          s/ Christopher P. Seefer
          CHRISTOPHER P. SEEFER

20 Post Montgomery Center
   One Montgomery Street, Suite 1800
   San Francisco, CA  94104
21 Telephone:  415/288-4545
   415/288-4534 (fax)

Lead Counsel for Plaintiffs

697075_1

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMIN MOTION PURSUANT TO LOCAL RULES
7-11 AND 79-5 TO FILE A PORTION OF TWO DOCUMENTS UNDER SEAL - C 11-1568-SBA    - 1 -