ROBBINS GELLER RUDMAN
  & DOWD LLP
CHRISTOPHER P. SEEFER (201197)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
chriss@rgrdlaw.com
      – and –
SAMUEL H. RUDMAN
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com

Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re CISCO SYSTEMS INC. SECURITIES LITIGATION | Lead Case No. C 11-1568-SBA |
| | <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>    ALL ACTIONS. | ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION PURSUANT TO LOCAL RULES 7-11 AND 79-5 TO FILE A PORTION OF TWO DOCUMENTS UNDER SEAL |

697075_1

1   Having considered Plaintiffs' Administrative Motion Pursuant to Local Rules 7-11 and 79-5
2   to File a Portion of Two Documents Under Seal, and pursuant to the Stipulation submitted by
3   plaintiffs and defendants and all other supporting documentation, good cause having been shown, the
4   Court enters the following order:

5    1.   Plaintiffs shall be permitted to file page 19:23-20:1 of Plaintiffs' Opposition to
6   Defendants' Motion to Dismiss First Amended Complaint and pages 5:20-26 and 6:14-17 of
7   Plaintiffs' Response to Defendants' Request for Judicial Notice under seal.

8    2.   Defendants' attorneys shall be allowed access to the document.

9   IT IS SO ORDERED.

11  DATED: _3/29/12_____   _____
                                              THE HONORABLE
12                                            SAUNDRA BROWN ARMSTRONG
                                              UNITED STATES DISTRICT JUDGE
13  Submitted by:

14  DATED: March 27, 2012

15  ROBBINS GELLER RUDMAN
      & DOWD LLP
16  CHRISTOPHER P. SEEFER

18           s/ Christopher P. Seefer
             CHRISTOPHER P. SEEFER
19
    Post Montgomery Center
20  One Montgomery Street, Suite 1800
    San Francisco, CA 94104
21  Telephone: 415/288-4545
    415/288-4534 (fax)
22
    Lead Counsel for Plaintiffs

697075_1

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMIN MOTION PURSUANT TO LOCAL RULES
7-11 AND 79-5 TO FILE A PORTION OF TWO DOCUMENTS UNDER SEAL - C 11-1568-SBA   - 1 -