UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE CISCO SYSTEMS INC. SECURITIES LITIGATION  _____  This Document Relates To:  ALL ACTIONS. | Lead Case No. 4:11-cv-01568-SBA  **ORDER CONTINUING MOTION HEARING** |

The motion hearing scheduled for May 22, 2012 is CONTINUED to **July 31, 2012 at 1:00 p.m.** Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court, in its discretion, may resolve the motion without oral argument. The parties are advised to check the Court's website to determine whether a court appearance is required.

IT IS SO ORDERED.

Dated: May 18, 2012

*Saundra B. Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge