Dan K. Webb (*pro hac vice*)
Robert L. Michels (*pro hac vice*)
Erik Connolly (*pro hac vice*)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL  60601-9703
Telephone:      (312) 558-5600
Facsimile:       (312) 558-5700
dwebb@winston.com
rmichels@winston.com
econnolly@winston.com

Krista M. Enns (SBN 206430)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5802
Telephone:      (415) 591-1000
Facsimile:       (415) 591-1400
kenns@winston.com

Attorneys for Defendants Cisco Systems, Inc.,
John T. Chambers, and Frank Calderoni

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE CISCO SYSTEMS INC. SECURITIES LITIGATION<br><br>―――――――――――――――――<br><br>This Document Relates To:<br><br>    ALL ACTIONS. | Lead Case No. 4:11-cv-01568-SBA<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO SUBMIT ADDITIONAL RECENT DECISIONS** |

Having considered Defendants' Motion to Submit Additional Recent Decisions, the Court enters the following order:

Defendants' Motion to Submit Additional Recent Decisions is hereby GRANTED.

IT IS SO ORDERED.

*[signature: Saundra B. Armstrong]*

Dated: 1/30/13                    SAUNDRA BROWN ARMSTRONG
                                              United States District Judge