ROBBINS GELLER RUDMAN
  & DOWD LLP
CHRISTOPHER P. SEEFER (201197)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
chriss@rgrdlaw.com
        – and –
SAMUEL H. RUDMAN
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com

Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re CISCO SYSTEMS INC. SECURITIES LITIGATION | Lead Case No. C 11-1568-SBA |
| | <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>ALL ACTIONS. | JOINT STIPULATION AND [PROPOSED] ORDER DISMISSING FIRST AMENDED COMPLAINT WITH PREJUDICE |

835693_1

Plaintiffs and defendants, by and through their respective counsel of record, hereby agree and stipulate as follows:

WHEREAS, the Court entered an order dismissing the First Amended Complaint without prejudice on April 5, 2013 (Dkt. No. 88);

WHEREAS, the Court provided plaintiffs the opportunity to file a Second Amended Complaint on or before April 26, 2013 (*id*. at 27);

WHEREAS, the parties, having met and conferred, and agreed and stipulated that plaintiffs will not file a Second Amended Complaint, will not appeal any prior judgments by this Court, including the Court's order dismissing the First Amended Complaint and that the First Amended Complaint should be dismissed with prejudice; and

WHEREAS, plaintiffs and defendants further agree and stipulate that each party shall bear its own costs in connection with this case;

NOW, THEREFORE, the parties hereby stipulate and agree, subject to this Court's approval, as follows:

1. Plaintiffs will not appeal any prior judgments by this Court, including the Court's order dismissing the First Amended Complaint;

2. The First Amended Complaint is dismissed with prejudice;

3. Plaintiffs and defendants will each bear their own costs; and

4. The case is hereby closed and all scheduled dates are struck from the Court's calendar.

IT IS SO STIPULATED.

DATED: April 26, 2013                          ROBBINS GELLER RUDMAN
                                                  & DOWD LLP
                                               CHRISTOPHER P. SEEFER


                                                       s/ Christopher P. Seefer
                                               CHRISTOPHER P. SEEFER

| | |
|---|---|
| | Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br>Telephone: 415/288-4545<br>415/288-4534 (fax)<br><br>ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>SAMUEL H. RUDMAN<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>Telephone: 631/367-7100<br>631/367-1173 (fax)<br><br>ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>MAUREEN E. MUELLER<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: 619/231-1058<br>619/231-7423 (fax)<br><br>Lead Counsel for Plaintiffs |
| DATED: April 26, 2013 | WINSTON & STRAWN LLP<br>J. ERIK CONNOLLY<br><br>       s/ J. Erik Connolly<br>         J. ERIK CONNOLLY<br><br>35 West Wacker Drive<br>Chicago, IL 60601<br>Telephone: 312/558-5600<br>312/558-5700 (fax)<br><br>Counsel for Defendants CISCO SYSTEMS, INC., JOHN T. CHAMBERS and FRANK CALDERONI |

I, Christopher P. Seefer, am the ECF User whose ID and password are being used to file this Joint Stipulation and [Proposed] Order Dismissing with Prejudice the First Amended Complaint. In compliance with Civil Local Rule 5-1(i)(3). I hereby attest that J. Erik Connolly has concurred in this filing.

s/ Christopher P. Seefer
CHRISTOPHER P. SEEFER

\*   \*   \*

**O R D E R**

Based on the above Stipulation of the parties, by and through their counsel of record, and for good cause showing, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Plaintiffs will not appeal any prior judgments by this Court, including the Court's order dismissing the First Amended Complaint;

2. The First Amended Complaint is dismissed with prejudice;

3. Plaintiffs and defendants will each bear their own costs; and

4. The case is hereby closed and all scheduled dates are struck from the Court's calendar.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____    _____
HON. SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

835693_1

- 3 -

CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 26, 2013.

    s/ Christopher P. Seefer
CHRISTOPHER P. SEEFER

ROBBINS GELLER RUDMAN
    & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:chriss@rgrdlaw.com

835693_1

- 4 -

# Mailing Information for a Case 4:11-cv-01568-SBA

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Joel Erik Connolly**
  econnolly@winston.com,econnolly@winston.com,ECF_CH@winston.com

- **Krista M. Enns**
  kenns@winston.com,docketsf@winston.com,RMotley@winston.com

- **Frank James Johnson**
  frankj@johnsonandweaver.com,paralegal@johnsonandweaver.com,shawnf@johnsonandweaver.com,ceciliar@johnson

- **Tricia Lynn McCormick**
  triciam@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Robert L. Michels**
  rmichels@winston.com,ECF_CH@winston.com

- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com

- **Samuel H. Rudman**
  srudman@csgrr.com

- **Christopher Paul Seefer**
  chriss@rgrdlaw.com,khuang@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Dan Keith Webb**
  dwebb@winston.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,khuang@rgrdlaw.com,erinj@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Ethan Richard York**
  eyork@winston.com,DocketSF@winston.com,ECF_CH@winston.com

- **Michael John von Loewenfeldt**
  mvl@kerrwagstaffe.com,phan@kerrwagstaffe.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`