1   ROBBINS GELLER RUDMAN
      & DOWD LLP
2   CHRISTOPHER P. SEEFER (201197)
    Post Montgomery Center
3   One Montgomery Street, Suite 1800
    San Francisco, CA  94104
4   Telephone:  415/288-4545
    415/288-4534 (fax)
5   chriss@rgrdlaw.com
          – and –
6   SAMUEL H. RUDMAN
    58 South Service Road, Suite 200
7   Melville, NY  11747
    Telephone:  631/367-7100
8   631/367-1173 (fax)
    srudman@rgrdlaw.com
9
    Lead Counsel for Plaintiffs
10
    [Additional counsel appear on signature page.]
11
                       UNITED STATES DISTRICT COURT
12
                     NORTHERN DISTRICT OF CALIFORNIA
13
                              OAKLAND DIVISION
14
    In re CISCO SYSTEMS INC. SECURITIES      )   Lead Case No. C 11-1568-SBA
15  LITIGATION                               )
    _____ )   CLASS ACTION
16                                           )
    This Document Relates To:                )   JOINT STIPULATION AND ORDER
17                                           )   DISMISSING FIRST AMENDED
          ALL ACTIONS.                       )   COMPLAINT WITH PREJUDICE
18  _____ )
                                             )
19

20

21

22

23

24

25

26

27

28

1    Plaintiffs and defendants, by and through their respective counsel of record, hereby agree and

2  stipulate as follows:

3    WHEREAS, the Court entered an order dismissing the First Amended Complaint without

4  prejudice on April 5, 2013 (Dkt. No. 88);

5    WHEREAS, the Court provided plaintiffs the opportunity to file a Second Amended

6  Complaint on or before April 26, 2013 (*id*. at 27);

7    WHEREAS, the parties, having met and conferred, and agreed and stipulated that plaintiffs

8  will not file a Second Amended Complaint, will not appeal any prior judgments by this Court,

9  including the Court's order dismissing the First Amended Complaint and that the First Amended

10  Complaint should be dismissed with prejudice; and

11    WHEREAS, plaintiffs and defendants further agree and stipulate that each party shall bear its

12  own costs in connection with this case;

13    NOW, THEREFORE, the parties hereby stipulate and agree, subject to this Court's approval,

14  as follows:

15    1.    Plaintiffs will not appeal any prior judgments by this Court, including the Court's

16  order dismissing the First Amended Complaint;

17    2.    The First Amended Complaint is dismissed with prejudice;

18    3.    Plaintiffs and defendants will each bear their own costs; and

19    4.    The case is hereby closed and all scheduled dates are struck from the Court's

20  calendar.

21    IT IS SO STIPULATED.

22  DATED:  April 26, 2013                    ROBBINS GELLER RUDMAN
                                             & DOWD LLP
23                                           CHRISTOPHER P. SEEFER

24

25                                                 s/ Christopher P. Seefer
                                             CHRISTOPHER P. SEEFER
26

27

28

1

2      Post Montgomery Center
       One Montgomery Street, Suite 1800
3      San Francisco, CA  94104
       Telephone:  415/288-4545
       415/288-4534 (fax)
4

5      ROBBINS GELLER RUDMAN
         & DOWD LLP
       SAMUEL H. RUDMAN
6      58 South Service Road, Suite 200
       Melville, NY  11747
7      Telephone:  631/367-7100
       631/367-1173 (fax)
8

9      ROBBINS GELLER RUDMAN
         & DOWD LLP
       MAUREEN E. MUELLER
10     655 West Broadway, Suite 1900
       San Diego, CA  92101
11     Telephone:  619/231-1058
       619/231-7423 (fax)
12

       Lead Counsel for Plaintiffs
13
       DATED:  April 26, 2013          WINSTON & STRAWN LLP
14                                      J. ERIK CONNOLLY

15

16                                         s/ J. Erik Connolly
                                           J. ERIK CONNOLLY
17

18     35 West Wacker Drive
       Chicago, IL  60601
       Telephone:  312/558-5600
19     312/558-5700 (fax)

20     Counsel for Defendants CISCO SYSTEMS,
       INC., JOHN T. CHAMBERS and FRANK
21     CALDERONI

22

23

24

25

26

27

28

835693_1                                                      - 2 -

1    I, Christopher P. Seefer, am the ECF User whose ID and password are being used to file this
2    Joint Stipulation and [Proposed] Order Dismissing with Prejudice the First Amended Complaint.  In
3    compliance with Civil Local Rule 5-1(i)(3).  I hereby attest that J. Erik Connolly has concurred in
4    this filing.

5

6                                                 s/ Christopher P. Seefer
                                           _____
7                                          CHRISTOPHER P. SEEFER

8

9

10                                  *       *       *

11                                **O R D E R**

12        Based on the above Stipulation of the parties, by and through their counsel of record, and for
13   good cause showing, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

14        1.       Plaintiffs will not appeal any prior judgments by this Court, including the Court's
15   order dismissing the First Amended Complaint;

16        2.       The First Amended Complaint is dismissed with prejudice;

17        3.       Plaintiffs and defendants will each bear their own costs; and

18        4.       The case is hereby closed and all scheduled dates are struck from the Court's
19   calendar.

20        PURSUANT TO STIPULATION, IT IS SO ORDERED.

21

22

23   DATED:  4/29/13                       _____
                                           HON. SAUNDRA BROWN ARMSTRONG
24                                         UNITED STATES DISTRICT JUDGE

25

26

27

28

835693_1                                                              - 3 -

1

<u>CERTIFICATE OF SERVICE</u>

2    I hereby certify that on April 26, 2013, I authorized the electronic filing of the foregoing with

3 the Clerk of the Court using the CM/ECF system which will send notification of such filing to the

4 e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I

5 caused to be mailed the foregoing document or paper via the United States Postal Service to the non-

6 CM/ECF participants indicated on the attached Manual Notice List.

7    I certify under penalty of perjury under the laws of the United States of America that the

8 foregoing is true and correct.  Executed on April 26, 2013.

9

10                <u>s/ Christopher P. Seefer</u>
CHRISTOPHER P. SEEFER

11                ROBBINS GELLER RUDMAN
                   & DOWD LLP

12                Post Montgomery Center

13                One Montgomery Street, Suite 1800
San Francisco, CA  94104

14                Telephone:  415/288-4545
415/288-4534 (fax)

15                E-mail:chriss@rgrdlaw.com

16

17

18

19

20

21

22

23

24

25

26

27

28