UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re CISCO SYSTEMS INC. SECURITIES LITIGATION<br><br>This Document Relates To All Actions. | Case No: C 11-1568 SBA<br><br>**ORDER DENYING MOTION TO INTERVENE**<br><br>Dkt. 95 |

On April 29, 2013, the Court dismissed the action with prejudice upon the stipulation of the parties. Dkt. 94. On May 27, 2014, five individuals, acting pro se, filed a joint motion to intervene under Federal Rule of Civil Procedure 24. Dkt. 95. Since this case is closed and has been dismissed with prejudice, putative interveners' motion is DENIED AS MOOT.

IT IS SO ORDERED.

Dated: May 30, 2014

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge